IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROD MARSHALL, Trustee; KIM QUICK, Trustee; RON KAMINSKI, Trustee; RON FUCINARO, Trustee; FRANK NEUVIRTH, Trustee; TIMOTHY MCCORMICK, Trustee; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 571, CONTRACTORS, LABORERS, TEAMSTERS AND ENGINEERS HEALTH &AMP; WELFARE PLAN, CONTRACTORS, LABORERS, TEAMSTERS AND ENGINEERS PENSION PLAN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ANDERSON EXCAVATING AND WRECKING CO.,<br><br>          Defendant. | 8:14CV96<br><br>ORDER |

IT IS ORDERED that the motion to permit Kevin C. Berens and Kenneth M. Wentz III to withdraw as counsel on behalf of Defendant, (filing no. 19), is granted.

Dated this 19th day of August, 2014.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge