IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROD MARSHALL, Trustee; et. al;

                    Plaintiffs,                          **8:14CV96**

        vs.

ANDERSON EXCAVATING AND                                 **ORDER**
WRECKING CO.,

                    Defendant.

IT IS ORDERED:

1)    The motion to withdraw filed by the law firm of Sherrets Bruno & Vogt
      LLC and attorneys James D. Sherrets and Diana J. Vogt, counsel of record
      for Defendant Anderson Excavating and Wrecking Co., A/K/A Anderson
      Excavating Co., (filing no. 15), is granted.

2)    Defendant Anderson Excavating and Wrecking Company, a corporation,
      cannot litigate its action in this forum without representation by licensed
      counsel.  Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th
      Cir. 1994).  On or before December 4, 2014, it shall obtain the services of
      counsel and have that attorney file an appearance on its behalf, in the
      absence of which the court may file an entry and/or judgment of default
      against it without further notice.

3)    The clerk shall mail a copy of this order to the defendant at:

      Virginia and/or Virgil Anderson
      Anderson Excavating Co.
      1920 Dorcas Street
      Omaha, NE 68108


November 13, 2014.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge