IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROD MARSHALL, *et al.*, | |
| Plaintiffs, | 8:14-CV-96 |
| vs. | |
| | ORDER |
| ANDERSON EXCAVATING AND WRECKING CO., a.k.a. ANDERSON EXCAVATING CO., | |
| Defendant. | |

This matter is before the Court on plaintiffs' Motion for Leave to File a Partial Motion for Summary Judgment Out of Time (filing 42). The deadline for filing motions for summary judgment in this case was June 11, 2015. Filing 33 at ¶ 9. On June 12, plaintiffs filed the pending Motion for Leave, requesting an additional 10 days to file a motion for partial summary judgment. Filing 42.

Pursuant to Fed. R. Civ. P. 6(b), the Court may, for good cause, extend a deadline. Where the request for an extension is made after the deadline has passed, it may be granted if the requesting party shows that it failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). Plaintiffs have shown neither good cause nor excusable neglect, as they have failed to offer any explanation for why they were unable to file a motion for summary judgment within the deadlines (set in December 2014), or at the very least, move for an extension within that deadline. Accordingly,

IT IS ORDERED:

1. Plaintiffs' Motion for Leave to File a Partial Motion for Summary Judgment Out of Time (filing 42) is denied.

Dated this 16th day of June, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge